AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Great Eastern Resort Management, Inc. <br><br> *Plaintiff* <br> v. <br> Ki Sung <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 5:15CV00088 ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ki Sung
11483 Glade Meadow Drive
Fairfax, Virginia 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryan D. Wright
Williams Mullen
321 East Main Street, Suite 400
Charlottesville VA 22902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/30/15

K Botkin
*Signature of Clerk or Deputy Clerk*